```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

    NARELL STALLWORTH et al.,      :
                                   :
         Plaintiffs,               :
                                   :
         v.                        :     CASE NO. 3:09CV863(DFM)
                                   :
    TOWN OF STRATFORD et al.,      :
                                   :
         Defendants.               :
```

MEMORANDUM OF CONFERENCE AND ORDERS ON MOTIONS

On November 16, 2012, Judge Martinez held a final pretrial conference in chambers with counsel for both parties. As a result of the conference:

Motions in Limine

Docs. #128 (preclude blue wall of silence), #133 (exclude Neo) and #141 (amend exhibit list) are granted. Docs. #127 (redact police report), #131 (preclude military service), #134 (exclude booking photos), #136 and #137 (exclude ER records) are denied. Docs. #132 (preclude subsequent arrest), #135 (exclude skull replica), #147 (exclude booking photos) and #150 (exclude patrol dog manual) are denied without prejudice for lack of foundation. If the proponent offers this evidence, he or she must advise the court and opposing counsel out of the presence of the jury.

Abandoned Claims

Plaintiffs have withdrawn all state-law claims against all defendants.  Trial will proceed on plaintiffs' federal-law claims.  See doc. #146.

Witnesses

Plaintiffs represented that they do not intend to call Fernando Rodriguez and Luis Salaman to testify.

Exhibits

*Plaintiff's Exhibits 5, 6 and 13:*  Counsel will confer and prepare a joint stipulation for the court to publish to the jury.

*Plaintiff's Exhibit 7:*  Plaintiffs represented that they intend to offer original photos, not copies.

*Defendant's Exhibits 11, 12:*  Defendant Comesanas may offer photos of Neo (the K-9) into evidence.  Based on the current record and the representations of counsel, the court sees no reason to offer the dog himself.

*Defendant's Exhibit 13:*  Counsel represented that they intend to confer regarding the admission into evidence of plaintiffs' deposition testimony regarding "photo arrays" of German Shepherd dogs.

*Defendant's Exhibit 21:*  This exhibit is redundant and was withdrawn.

Finally, defendants are obtaining an aerial photo of the incident location to be offered as an exhibit.

SO ORDERED at Hartford, Connecticut this 20th day of November, 2012.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge